# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2023

*The Court of Appeals hereby passes the following order*

## A23I0143. HARCO NATIONAL INSURANCE COMPANY v. ERIC KNOWLES, INC. et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2018SUCV0141



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 24, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*